IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEVIN BURNS,**

*Plaintiff*,

v.                                    Case No.: 4:21cv501-MW/MJF

**STATE OF FLORIDA,**

*Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's petition for writ of mandamus, ECF No. 1, is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED** on February 16, 2022.

s/Mark E. Walker            
**Chief United States District Judge**